U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: FILED: JULY 21, 2008 |
|---|---|
| Slawomir Celinski v. Jonathan A. Mirski and Uni-Systems, Inc. | 08 cv 4126<br>JUDGE MANNING<br>MAGISTRATE JUDGE VALDEZ<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JONATHAN A. MIRSKI and UNI-SYSTEMS, INC.

| NAME (Type or print) |  |
|---|---|
| Sara M. Stertz |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Sara M. Stertz |  |
| FIRM |  |
| SmithAmundsen LLC |  |
| STREET ADDRESS |  |
| 150 N. Michigan Avenue, Suite 3300 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60601 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06290843 | (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |