

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS
  CLERK**                                                                          312-435-5698

July 22, 2008

Karen J. Doran
DoranMedina, LLC
2625 Butterfield Rd.
Suite 1385
Oak Brook, IL 60523


RE:     Slawomir v. Mirski et al
        08 C 4126   -   Judge Blanche M. Manning

Dear Counselor:


The records of this office indicate that on July 21, 2008 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as **08 L 6012.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.


                                            Sincerely yours,

                                            Michael W. Dobbins, Clerk



                                            By:  s/ Haydee Pawlowski
                                                 Deputy Clerk