**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SLAWOMIR CELINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 4126 |
| | ) | |
| JONATHAN A. MIRSKI and | ) | Judge Manning |
| UNI-SYSTEMS INC., | ) | Magistrate Valdez |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**

NOW COME the Defendants, UNI-SYSTEMS, INC. and JONATHAN A. MIRSKI, by and through their attorneys, Jill A. Cheskes and Sara M. Stertz of SmithAmundsen LLC, and as and for their Agreed Motion for an Extension of Time to answer or otherwise plead, state as follows:

1. This matter was originally filed in the Circuit Court of Cook County, but on July 21, 2008 Defendants removed the matter to Federal Court.

2. Pursuant to Federal Rule of Civil Procedure 81(c), Defendants' responsive pleading is due on July 28, 2008.

3. Defendants need a short period of additional time to investigate the allegations of the Complaint and are seeking an additional fourteen (14) days until August 11, 2008 to answer or otherwise plead to Plaintiff's Complaint.

4. Counsel for Defendants, Jill A. Cheskes, corresponded with counsel for the Plaintiff, Karen Doran, regarding this motion for an extension and Ms. Doran indicated that Plaintiff had no objection to an additional fourteen (14) days.

WHEREFORE, Defendants, UNI-SYSTEMS, INC. and JONATHAN A. MIRSKI, respectfully request an additional fourteen (14) days until August 11, 2008 to answer or otherwise plead to Plaintiff's Complaint.

_____
Jill A. Cheskes (ARDC # 06237878)
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone (312) 894-3200
Facsimile (312) 894-3210