## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SLAWOMIR CELINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 4126 |
| | ) | |
| JONATHAN A. MIRSKI and | ) | Judge Manning |
| UNI-SYSTEMS INC., | ) | Magistrate Valdez |
| | ) | |
| Defendants. | ) | |

___

### NOTICE OF MOTION
___

PLEASE TAKE NOTICE THAT on the **5th day of August, 2008**, at **11:00 a.m.**, we shall appear before the **Honorable Blanche M. Manning** in **Room 2125**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Agreed Motion for Extension of Time**, a copy of which is hereby served upon you.

SmithAmundsen LLC

By: /s/ Jill A. Cheskes_____
One of the Attorneys for Defendant

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, a copy of the foregoing **Notice of Motion** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the court as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Jill A. Cheskes_____
Jill A. Cheskes (ARDC # 06237878)
SmithAmundsenc, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL  60601
T (312) 894-3200
F (312) 894-3210