IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SLAWOMIR CELINSKI<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN A. MIRSKI and<br>UNISYSTEMS, INC.,<br>　　　　　　　　　Defendants. | Case No. 08 CV 4126<br><br>Judge Manning<br><br>Magistrate Judge Valdez |

## Notice of Motion

Please take notice that on Thursday, August 14, 2008, at 11:00 a.m. I shall appear before the Honorable Judge Manning in the courtroom usually occupied by her and then and there present Plaintiff's Motion for Remand.

　　　　　　　　　　　　　　　　　　　　　　　s/Karen J. Doran

## Proof of Service

Karen J. Doran, an attorney, certifies that service of Plaintiff's Notice of Motion for Remand, on Defendant's counsel, Jill Cheskes, SmithAmundsen LLC, 150 N. Michigan Ave., Ste. 3300, Chicago, IL 60601, was accomplished pursuant to ECF on Friday, August 8, 2008.

　　　　　　　　　　　　　　　　　　　　　　　s/Karen J. Doran

Karen J. Doran
Atty No.  6282773
DoranMedina, LLC
2625 Butterfield Road
Suite 138S
Oak Brook, IL 60325
(630)368-0200 (p)
(630)368-0202 (f)
kdoran@doranmedina.com