UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SLAWOMIR CELINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08 CV 4126 |
| | ) | |
| JONATHAN A. MIRSKI and | ) | Judge Manning |
| UNI-SYSTEMS, INC. | ) | Magistrate Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 19, 2008** at **11:00 a.m.**, we shall present the attached **Defendants, Jonathan A. Mirski and Uni-Systems, Inc.'s Motion For Substitution of Attorneys** before the Honorable United States District **Judge Manning** in Courtroom **2125** at the United States District Courthouse, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604. A true and correct copy of the motion has been served upon you.

/s/ Kevin W. Doherty
Kevin W. Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on:

kdoran@doranmedina.com            j.t.m.moran@gmail.com

by e-filing this **11th** day of **August**, 2008.

/s/ Kevin W. Doherty
Kevin W. Doherty

Kevin W. Doherty (ARDC No.: 3128844)
Brian T. Ginley (ARDC No.: 6281463)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
(312) 630-9630
(312) 630-9001 (fax)

I:\50917\Motion.Substitution.wpd\BTG\amv

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SLAWOMIR CELINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 4126 |
| ) | |
| JONATHAN A. MIRSKI and ) | Judge Manning |
| UNI-SYSTEMS, INC. ) | Magistrate Valdez |
| ) | |
| Defendants. ) | |

### MOTION FOR SUBSTITUTION OF ATTORNEYS

Defendants, JONATHAN A. MIRSKI and UNI-SYSTEMS, INC., by and through their attorneys, DOHERTY & PROGAR LLC, and move this Honorable Court for substitution of attorneys in accordance with the Stipulation attached hereto as Exhibit A.

Respectfully submitted,

JONATHAN A. MIRSKI and UNI-SYSTEMS, INC.

By:  /s/ Kevin W. Doherty
     Kevin W. Doherty

Kevin W. Doherty (ARDC: 3128844)
Brian T. Ginley (ARDC: 6281463)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, IL 60606
(312) 630-9630
(312) 630-9001 fax

I:\50917\substitution.wpd\BTG\amv

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SLAWOMIR CELINSKI,   )
                    )
      Plaintiff,  )
                    )
v.                  )   Case No.: 08 CV 4126
                    )
JONATHAN A. MIRSKI and  )   Judge Manning
UNI-SYSTEMS, INC.   )   Magistrate Valdez
                    )
      Defendants.  )

### STIPULATION FOR SUBSTITUTION OF ATTORNEYS

Jill A. Cheskes and Sara M. Stertz of SMITH AMUNDSEN, LLC hereby withdraw their appearance as attorneys for the Defendants, JONATHAN A. MIRSKI and UNI-SYSTEMS, INC.

                                        By:    /s/ Jill A. Cheskes
                                                    Smith Amundsen, LLC

Kevin W. Doherty and Brian T. Ginley of DOHERTY & PROGAR LLC hereby enter their appearance as attorneys for the Defendants, JONATHAN A. MIRSKI and UNI-SYSTEMS, INC., in lieu of Jill A. Cheskes and Sara M. Stertz of SMITH AMUNDSEN, LLC, withdrawn.

                                        By:    /s/ Kevin W. Doherty
                                                Doherty & Progar LLC

Kevin W. Doherty (ARDC: 3128844)
Brian T. Ginley (ARDC: 6281463)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, IL 60606
(312) 630-9630
(312) 630-9001 Fax



DEFENDANT'S EXHIBIT A