UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SLAWOMIR CELINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08 CV 4126 |
| | ) | |
| JONATHAN A. MIRSKI and | ) | Judge Manning |
| UNI-SYSTEMS, INC. | ) | Magistrate Valdez |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 19, 2008** at **11:00 a.m.**, we shall present the attached **Defendants, Jonathan A. Mirski and Uni-Systems, Inc.'s Motion for Leave to File their Motion to Dismiss Counts II and III of Plaintiff's Complaint at Law, instanter,** before the Honorable United States District **Judge Manning** in Courtroom **2125** at the United States District Courthouse, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604. A true and correct copy of the motion has been served upon you.

/s/ Kevin W. Doherty
Kevin W. Doherty

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on:

kdoran@doranmedina.com             j.t.m.moran@gmail.com

by e-filing this **11th** day of **August**, 2008.

/s/ Kevin W. Doherty
Kevin W. Doherty

Kevin W. Doherty (ARDC No.: 3128844)
Brian T. Ginley (ARDC No.: 6281463)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
(312) 630-9630
(312) 630-9001 (Fax)