UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SLAWOMIR CELINSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08 CV 4126 |
| | ) |
| JONATHAN A. MIRSKI and | ) Judge Manning |
| UNI-SYSTEMS, INC. | ) Magistrate Valdez |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 26, 2008** at **11:00 a.m.**, we shall present the attached **Defendant, Uni-Systems, Inc.'s Motion for Leave to File its Verified Answer to Count I of Plaintiff's Complaint at Law, instanter,** before the Honorable United States District **Judge Manning** in Courtroom **2125** at the United States District Courthouse, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604. A true and correct copy of the motion has been served upon you.

/s/ Brian T. Ginley
Brian T. Ginley

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on:

kdoran@doranmedina.com      j.t.m.moran@gmail.com

by e-filing this **20th** day of **August**, 2008.

/s/ Brian T. Ginley
Brian T. Ginley

Kevin W. Doherty (ARDC No.: 3128844)
Brian T. Ginley (ARDC No.: 6281463)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
(312) 630-9630
(312) 630-9001 (Fax)