# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4126 | **DATE** | 8/14/2008 |
| **CASE TITLE** |  | Slawomir Celinski vs. Jonathan A. Mirski, et al | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/14/2008. Defendants' Motion for Substitution of Attorneys [15] is granted. Jill A. Cheskes and Sara M. Stertz of Smith Amundsen, LLC hereby withdraw their appearance as counsel for defendants and Kevin W. Doherty and Brian T. Ginley of Doherty & Progar LLC hereby substitute as counsel for defendants. Plaintiff's motion to remand based on the timeliness issue [13] is entered. Defendants to respond to the motion to remand by 9/3/2008. Plaintiff to file reply by 9/17/2008. Ruling will be by mail unless otherwise notified. Defendants' motion for extension of time to answer or otherwise plead to Count I of the complaint [18] is granted to and including 8/19/2008. Defendants' motion for leave to file motion to dismiss, instanter [17] is granted. Defendants' motion to dismiss [16] is stayed until ruling on plaintiff's motion to remand. No appearance is necessary on motions set for 8/19/2008. Status hearing set for 10/2/2008 at 11:00 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SB |
|---|---|---|